USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX BULK CARRIERS, LTD.,

        Plaintiff,

-against-

AMERICA METALS TRADING, LLP

        Defendant.

10 CV 2963 (NRB)

**ORDER**

**WHEREAS**, on April 12, 2010, the Court granted Plaintiff Phoenix Bulk Carriers, Ltd. ("Phoenix Bulk") an Order Directing the Clerk to Issue Process of Maritime Attachment and Garnishment and Appointing Process Server pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the terms of that Order applied only to the garnishees identified in Schedule A of that Order; and

**WHEREAS**, under the terms of that Order, Supplemental Process specifying other and additional garnishees and enforcing the Court's Order may not be issued by the Clerk without further Order of the Court; and

**WHEREAS**, Plaintiff has been informed that Stemcor USA Inc. ("Stemcor"), located at 350 Fifth Avenue, New York, New York, 10118, is another and additional garnishee that may currently possess property of the Defendant America Metals Trading, LLP ("AMT") in the form of a debt and/or payment due to AMT; and

NYDOCS1/337608.1

**WHEREAS**, in accordance with the terms of the April 12, 2010 order, Plaintiff Phoenix Bulk now submits this application to name Stemcor as another and additional garnishee of the Defendant AMT at Schedule A of that Order;

ACCORDINGLY, it is hereby

**ORDERED** that Stemcor shall be added as an additional garnishee to Schedule A of the Court's April 12, 2010 order; and it is further

**ORDERED** that the clerk shall issue a Supplemental Process of Maritime Attachment and Garnishment naming Stemcor as an additional garnishee of Defendant; and it is further

**ORDERED** that the terms of the April 12, 2010 Order shall apply to the issuance and service of Supplemental Process of Maritime Attachment and Garnishment on additional garnishee Stemcor as well as garnishees Deutsche Bank and Dinosaur Group and/or Dinosaur Securities LLC.

Dated: April _15_, 2010

SO ORDERED:

_____
U.S.D.J.